**FLASHMARK TECHNOLOGIES LLC, Plaintiff–Appellant,**

v.

**GTECH CORPORATION and Gtech Holdings Corporation, Defendants–Appellees.**

No. 2008–1156.

United States Court of Appeals, Federal Circuit.

June 25, 2008.

Suyash Agrawal, Johnny W. Carter, Susman Godfrey L.L.P., Houston, TX, for Plaintiff–Appellant.

Denise W. Defranco, Ronald E. Myrick, Christopher S. Schultz, Kia L. Freeman, Finnegan, Henderson, Farabow, Cambridge, MA, E. Robert Yoches, Finnegan, Henderson, Farabow, Washington, DC, for Defendants–Appellees.

**ORDER**

The parties having so agreed, it is

ORDERED that the proceeding is DISMISSED under Fed. R.App. P. 42(b).